**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI**

| | | |
|---|---|---|
| PAUL SALEBA, | : | Case No. 1:20-cv-634 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| MEDPACE, INC., | : | |
| | : | |
| Defendant. | : | |

---

**CONDITIONAL ORDER OF DISMISSAL**

---

This matter is before the Court following a telephonic status conference held October 6, 2021.   Counsel advised the Court that the parties have reached an agreement resolving this matter and requested that the Court enter a 60-day conditional order of dismissal.

It is therefore **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, move to reopen the action if settlement is not consummated.   Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____ */s/ Matthew W. McFarland* _____
JUDGE MATTHEW W. McFARLAND