## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **PAUL SALEBA,** | : | Case No.: 1:20-cv-00634 |
| | : | Judge McFarland |
| Plaintiff, | : | |
| | : | |
| v. | : | **STIPULATED DISMISSAL** |
| | : | **WITH PREJUDICE** |
| **MEDPACE, INC.,** | : | |
| | : | |
| Defendant. | : | |

Pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., the parties hereby stipulate to the dismissal of this matter, with prejudice, each party to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Kelly Mulloy Myers* | */s/ Robert D. Shank (via email authorization 11/17/21)* |
| Kelly Mulloy Myers (0065698) | David K. Montgomery (0040276) |
| Randolph H. Freking (0009158) | Robert D. Shank (0069229) |
| FREKING MYERS & REUL LLC | JACKSON LEWIS P.C. |
| 600 Vine Street, 9th Floor | PNC Center, 26th Floor |
| Cincinnati, Ohio 45202 | 201 E. Fifth Street |
| Phone:  (513) 721-1975 | Cincinnati, Ohio 45202 |
| Fax: (513) 651-2570 | Phone: (513) 898-0050 |
| *kmyers@fmr.law* | Fax: (513) 898-0051 |
| *randy@fmr.law* | *david.montgomery@jacksonlewis.com* |
| | *robert.shank@jacksonlewis.com* |
| *Counsel for Plaintiff* | |
| | *Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of November, 2021, a true and accurate copy of the foregoing was filed electronically. Notice of this filing will be delivered to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Kelly Mulloy Myers